IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| **JESSICA LEPINE**,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**PAUL ROSENBAUM**, **MAUREEN ROSENBAUM, SWR ASSET HOLDING COMPANY, LLC**, and **SWR, INC.**,<br><br>　　　　　Defendants. | Case No.: 2:19-CV-12577-GAD-APP<br><br>Hon. Gershwin A. Drain<br><br>Magistrate Judge Anthony P. Patti |

| | |
|---|---|
| Collin H. Nyeholt (P74132)<br>Law Office of Casey D. Conklin PLC<br>4084 Okemos Road, Suite B<br>Okemos, MI  48864<br>(517) 522-2550<br>collin@caseydconklin.com<br>Attorney for Plaintiff | Matthew A. Levin (P52884)<br>Markowitz Herbold<br>1455 SW Broadway, Suite 1900<br>Portland, OR  97201<br>(503) 295-3085<br>MattLevin@MarkowitzHerbold.com<br>Attorney for Defendants |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant

SWR, Inc. states that it has no parent company and no publicly held corporation owns more than 10% of its stock.

Date:  November 15, 2019.

                MARKOWITZ HERBOLD PC

                By:   *s/ Matthew A. Levin*
                        Matthew Levin (P52884)
                        Markowitz Herbold PC
                        1455 SW Broadway, Suite 1900
                        Portland, OR  97201
                        (503) 295-3085
                        MattLevin@MarkowitzHerbold.com
                        P52884

926454

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 15, 2019, the foregoing *Corporate Disclosure Statement* was served on all parties to this action via CM/ECF Notification.

| | |
|---|---|
| Date: November 15, 2019. | *s/ Matthew A. Levin* |
| | Matthew A. Levin (P52884) |
| | Attorney for Defendants |

**CERTIFICATE OF SERVICE**