UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JESSICA LEPINE,

        Plaintiff,

v.

Case No.: 19-cv-12577
Hon. Gershwin A. Drain

PAUL ROSENBAUM,
MAUREEN ROSENBAUM,
SWR ASSET HOLDING COMPANY, LLC,
and SWR, INC,

        Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, through their respective counsel, hereby stipulate to the dismissal of this action against Defendants WITH PREJUDICE and WITHOUT COSTS to either party.

Respectfully submitted,

| | |
|---|---|
| */s/Collin H. Nyeholt* | */s/Neil B. Pioch* |
| Collin H. Nyeholt | Neil B. Pioch (P67677) |
| Law Offices of Casey D. Conklin PLC | Allen Brothers, PLLC |
| 4084 Okemos, Suite B | 400 Monroe St., Ste. 620 |
| Okemos, MI 48864 | Detroit, Michigan 48226 |
| T: (517) 522-2550 | T: (313) 962-7777 |
| collin@caseydconklin.com | neilpioch@allenbrotherspllc.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JESSICA LEPINE,

          Plaintiff,

v.

Case No.: 19-cv-12577
Hon. Gershwin A. Drain

PAUL ROSENBAUM,
MAUREEN ROSENBAUM,
SWR ASSET HOLDING COMPANY, LLC,
and SWR, INC,

          Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon stipulation of the Parties, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that action is dismissed against Defendants WITH PREJUDICE and WITHOUT COSTS to either party;

IT IS SO ORDERED.

          s/Gershwin A. Drain_____
          UNITED STATES DISTRICT JUDGE

DATED: September 21, 2020